IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERNESTO RODRIQUEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:14-CV-00093 |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | § § § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff's application for disability insurance benefits and social security insurance under Titles II and XVI of the Social Security Act. The United States Magistrate Judge entered a Report and Recommendation on September 3, 2015, recommending therein that the decision of the Commissioner be reversed and the instant cause be remanded for further administrative action. No objections have been filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED. Accordingly, the Commissioner's administrative decision denying plaintiff benefits is REVERSED and the decision is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

It is SO ORDERED.

Signed this the _____21st_____ day of September, 2015.

_____
MARY LOU ROBINSON
United States District Judge